# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL BURD, | Case No.: 2:15-cv-01764-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |
| COUNTRYWIDE HOME LOANS, INC. & NATIONSTAR MORTGAGE, LLC, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 10, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by November 27, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Plaintiff's Complaint (ECF No. 1-1) be dismissed without prejudice. Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 4) is **ACCEPTED and ADOPTED in full**.  Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED**, Plaintiff's Quiet Title and Wrongful Foreclosure claims are **DISMISSED with prejudice**, and Plaintiff's Fraudulent Misrepresentation claim and request for Preliminary Injunction are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until December 21, 2015 to file an amended complaint on her surviving claims.  Failure to file an amended complaint by this date may result in dismissal of the case with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 2) is **DENIED as moot**.

**DATED** this __7__ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court