# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL BURD,<br><br>　　　　Plaintiff,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.<br>& NATIONSTAR MORTGAGE, LLC,<br><br>　　　　Defendants. | Case No.: 2:15-cv-01764-GMN-VCF<br><br>**ORDER ACCEPTING REPORT &<br>RECOMMENDATION OF MAGISTRATE<br>JUDGE FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 9) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered August 4, 2016. The Court notes that it previously entered an Order (ECF No. 6) adopting an earlier Report and Recommendation entered by Judge Ferenbach.

Pursuant to Local Rule IB 3-2(a), objections to the instant Report and Recommendation were due by August 22, 2016. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Plaintiff's Amended Complaint (ECF No. 7) be dismissed. Further, the Court agrees with Magistrate Judge Ferenbach that amendment would be futile in light of Plaintiff's "attempt to recycle her previously rejected allegations." (R. & R. 3:21–22, ECF No. 9). Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

/ / /

/ / /

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 9) is **ACCEPTED and ADOPTED in full**.  Plaintiff's Amended Complaint (ECF No. 7) is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 8) is **DENIED as moot**.

The Clerk of Court shall close the case.

**DATED** this __23__ day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court